B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In re  Phillip Torres                                    ,              Case No.   17-62141-pmb

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SECRETARY OF VETERANS AFFAIRS OF WASHINGTON, D.C.
Name of Transferee

The Secretary of Veterans Affairs
Name of Transferor

Name and Address where notices to transferee should be sent:
BSI Financial Services
1425 Greenway Drive, #400
Irving, TX  75038

Court Claim # (if known):   2
Amount of Claim:   $61,268.68
Date Claim Filed:   10/06/2017

Phone:   (866) 581-4498
Last Four Digits of Acct #:   2721

Phone:  888-298-7785
Last Four Digits of Acct. #:   2721

Name and Address where transferee payments should be sent (if different from above):
BSI Financial Services,
314 S Franklin St. P.O. Box 517
Titusville, PA 16354

Phone:   (866) 581-4498
Last Four Digits of Acct #:   2721

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Seth J. Greenhill                              Date:        2/2/2018
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.